IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| JAMES F. WEBB, | ) |
| Plaintiff, | ) |
| vs. | ) Case No. 16-cv-00945-JPG-RJD |
| WARDEN STEPHEN DUNCAN, *at al.*, | ) |
| Defendants. | ) |

## JUDGMENT

This matter having come before the Court, the issues having been heard, and the Court having rendered a decision, IT IS HEREBY **ORDERED AND ADJUDGED** that the Claims against defendants **Warden Stephen Duncan, Mr. Moore, Mrs. Treadway, Philip Martin, Mrs. Cunningham, Mr. James, Administrative Review Board, Mr. Horton, Lawrence Correctional Center, Wexford Health Service Incorporated, Stateville Correctional Center, A. Vyas, Leslie McCarty, Unknown Party, One Radiology, and Dr. John Coe** are dismissed with prejudice and IT IS FURTHER **ORDERED AND ADJUDGED** that judgment is entered in favor of defendants, **Warden Stephen Duncan, Mr. Moore, Mrs. Treadway, Philip Martin, Mrs. Cunningham, Mr. James, Administrative Review Board, Mr. Horton, Lawrence Correctional Center, Wexford Health Service Incorporated, Stateville Correctional Center, A. Vyas, Leslie McCarty, Unknown Party, One Radiology, and Dr. John Coe** and against plaintiff **James F. Webb** on his claims for deliberate indifference to his medical needs in violation of the Eighth Amendment and medical malpractice/negligence.

**DATED: May 8, 2017**

                                                                          **Justine Flanagan**
                                                                         **Acting Clerk of Court**
                                                                         *s/ Tina Gray*, **Deputy Clerk**

**Approved:**   *s/J. Phil Gilbert*
                   **J. PHIL GILBERT**
                   **DISTRICT JUDGE**